UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| DEBRA DUBOIS,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | 5:22-CV-05049-DW<br><br>ORDER FOR SENTENCE FOUR REMAND |

Upon consideration of the Commissioner's Motion for Entry of Judgment with Order of Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), it is hereby

ORDERED that the Commissioner's decision in this matter is reversed and this cause is remanded to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

DATED this 25th day of January, 2023.

            BY THE COURT:

            _____
            DANETA WOLLMANN
            UNITED STATES MAGISTRATE JUDGE